BERNARD H. STECKER, Doing Business as B. H. STECKER Co., Appellant, *v.* AMERICAN HOME FIRE ASSURANCE Co., Respondent.

Submitted April 11, 1949; decided April 20, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 1.]

SIMON BELOFF et al., Individually and on Behalf of Themselves and all Other Stockholders Similarly Situated and as Stockholders of Brooklyn Edison Company, et al., Appellants, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, et al., Defendants.

Submitted April 11, 1949; decided April 20, 1949.

*Jacob H. Goetz* and *Henry S. Reeder* for motion.

*Henry Cohen* and *Daniel Rhoades* opposed.

Motion denied, without prejudice to the renewal thereof on the argument.